*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:  
    Winsome A Buckley  
            Debtor(s)

Chapter: 13

Bankruptcy No: 22−12561−pmm

*O R D E R*

**AND NOW,** this 26th day of September 2022 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Atty Disclosure Statement due 10/7/2022.
    Chapter 13 Plan due by 10/7/2022.
    Schedules AB−J due 10/7/2022.
    Statement of Financial Affairs due 10/7/2022.
    Summary of Assets and Liabilities Form B106 due 10/7/2022.
    Means Test Calculation Form 122C−2 − <I>If Applicable</I> − Due: 10/7/2022.
    Chapter 13 Statement of Your Current Monthly Income and
    Calculation of Commitment Period Form 122C−1 Due: 10/7/2022.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Patricia M. Mayer
Judge , United States Bankruptcy Court