### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: Winsome A. Buckley,** | : | **Chapter 13** |
| | : | |
| **Debtor.** | : | **Bky. No. 22-12561 (PMM)** |

### O R D E R

**AND NOW,** upon consideration of the Debtor's Motion for an Additional Extension of Time (Doc. no. 14, "the Motion");

AND a previous Motion to Extend having been granted, <u>see</u> doc. no. 10, it is hereby **ORDERED** that:

1) Subject to the provisions below, the Motion is **GRANTED** and the deadline for filing the statements, schedules and other documents required by the rules of court is **EXTENDED** to **October 27, 2022**.

2) **NO FURTHER EXTENSIONS WILL BE GRANTED**. **If the required schedules, statements and other documents are not timely filed, this case may be DISMISSED without further notice or hearing.**

3) This extension of time is **CONDITIONED** on the **WAIVER** of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), **PROVIDED** that the proof of claim is filed **on or before January 11, 2023.**

4) Within three (3) business days of the docketing and service of the notice of meeting of creditors, **DEBTOR'S COUNSEL SHALL SERVE THIS ORDER** on all creditors and parties in interest and shall promptly thereafter file a certification of service.

**Date: 10/11/22**

_Patricia M. Mayer_
**Hon. Patricia M. Mayer**
**U.S. Bankruptcy Judge**