# STATE OF NEW JERSEY
# Employee Self Service
*powered by njoit*

## My Pay Stub
Statement of Earnings and Deductions

[Return to myNewJersey]

| Employee Name | Address | Emp. ID |
|---|---|---|
| WINSOME A BUCKLEY | 1901 FERRY ST EASTON PA 18042 | 000375369 |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 18 | 08/26/2022 | 09/02/2022 | EF723812 | 2022 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 672 | 08 | 00 | 1168665 | S-04 | | A-00 | |

| Dependents | Other Income | Deductions | 2c Check Box |
|---|---|---|---|
| | | | X |

### Earnings

| Description | Rate | Time | Amount |
|---|---|---|---|
| Regular | 206.52 | 10.00 | 2,065.27 |
| Shift Differential | 0.25 | 79.30 | 19.83 |
| Overtime | 39.12 | 99.00 | 3,872.88 |
| Total | | | 5,957.98 |

### Taxable Benefit*

| Description | Amount |
|---|---|

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable.

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 89,001.59 |
| Taxable Wages - Federal | 84,336.72 |
| Taxable Wages - PA | 87,173.57 |
| Base Wages (Subject to Pension Ded) | 36,851.12 |



**Important Messages**

The NJWELL Team reminds you and your eligible spouse/partner that you have until October 31, 2022, to earn NJWELL points toward a financial reward. For more information, visit http://www.nj.gov/njwell

The New Jersey Division of Pensions & Benefits (NJDPB) is pleased to announce the 2022 Virtual Benefits Fair which will be available September 15 and run through October 31. There will be vendor webinars available via Benefitsolver regarding health, dental, prescription drug, and wellness plans. Changes in health and de[ntal] plans can only be made during Annual Open Enrollment from October 1 October 31, so this perfect opportunity for empl[oyees] to review their plan options

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 932.00 | 12,447.99 | Contributory Insurance | 10.33 |
| FICA & YTD | 363.01 | 5,404.81 | AFSCME - Full Member Dues | 20.91 |
| PA Income Tax & YTD | 179.75 | 2,676.23 | | |
| Medicare & YTD | 84.90 | 1,264.01 | | |
| | | | Total Deductions | 2,276.79 |
| | | | Net Pay | 3,681.19 |

**STATE OF NEW JERSEY**
# Employee Self Service
*powered by njoit*

Return to myNewJersey

## My Pay Stub
Statement of Earnings and Deductions

| Employee Name | Address | Emp. ID |
|---|---|---|
| [illegible] A BUCKLEY | [illegible] PERRY ST EDISON NJ 08820 | [illegible] |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 17 | 08/12/2022 | 08/19/2022 | 07648025 | 2022 |

| P/R No. | Ch Dist. | Units | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 672 | 08 | 00 | 1168665 | S-04 | | A-00 | |

| Dependents | Other Income | Deductions | 2c Check Box |
|---|---|---|---|
| | | | X |

### Earnings

| Description | Rate | Time | Amount |
|---|---|---|---|
| Regular | 206.52 | 10.00 | 2,065.27 |
| Shift Differential | 0.25 | 81.00 | 20.25 |
| Overtime | 39.12 | 99.00 | 3,872.88 |
| Total | | | 5,958.40 |

### Taxable Benefit*

| Description | Amount |
|---|---|
| | |

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable.

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 82,495.93 |
| Taxable Wages - Federal | 78,088.94 |
| Taxable Wages - PA | 80,770.89 |
| Base Wages (Subject to Pension Ded) | 34,785.85 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 932.11 | 11,395.50 | Contributory Insurance | 10.33 |
| FICA & YTD | 363.04 | 5,007.84 | AFSCME - Full Member Dues | 20.91 |
| PA Income Tax & YTD | 179.76 | 2,479.67 | | |
| Medicare & YTD | 84.90 | 1,171.17 | | |
| | | | Total Deductions | 2,276.94 |
| | | | Net Pay | 3,681.46 |

**Important Messages**

Is the address on your pay stub correct? If the address on your pay stub is not up-to-date or does not appear, you may experience delays in receiving important job-related information. Contact your department's Human Resources unit or Payroll Office to fill out a Form 456 to update your address.

NJ Employee Self Service - Statement of Earnings and Deductions

# State of New Jersey
# Employee Self Service
*powered by njoit*

## My Pay Stub
Statement of Earnings and Deductions

| Employee Name | Address | Emp. ID |
|---|---|---|
| [illegible] | [illegible] | [illegible] |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 16 | 07/28/2022 | 08/05/2022 | EF574067 | 2022 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 872 | 01 | 00 | 1168663 | S-04 | | A-00 | |

| Dependents | Other Income | Deductions | 2c Check Box |
|---|---|---|---|
| | | | X |

### Earnings

| Description | Rate | Time | Amount |
|---|---|---|---|
| Regular | 206.52 | 10.00 | 2,065.27 |
| Shift Differential | 0.25 | 89.00 | 22.25 |
| Overtime | 39.12 | 99.00 | 3,872.88 |
| Clothing Payment | 550.00 | 1.00 | 550.00 |
| Total | | | 6,510.40 |

### Taxable Benefit*

| Description | Amount |
|---|---|

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable.

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 75,676.89 |
| Taxable Wages - Federal | 71,527.78 |
| Taxable Wages - PA | 74,054.83 |
| Base Wages (Subject to Pension Ded) | 32,720.58 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 1,064.59 | 10,274.05 | Contributory Insurance | 10.33 |
| FICA & YTD | 397.26 | 4,591.44 | AFSCME - Full Member Dues | 20.91 |
| PA Income Tax & YTD | 196.71 | 2,273.49 | | |
| Medicare & YTD | 92.91 | 1,073.79 | | |
| | | | Total Deductions | 2,470.14 |
| | | | Net Pay | 4,040.26 |

### Important Messages

The Notice of Privacy Practices required by HIPAA for both the State Health Benefits Program and the School Employees' Health Benefits Program is available to view or print at the Division of Pensions & Benefits' website at:
https://www.nj.gov/treasury/pensions/hipaa-notice.shtml

Is the address on your pay stub correct? If the address on your pay stub is not up-to-date or does not appear, you may experience delays in receiving important job-related information. Contact your department's Human Resources unit or Payroll Office to fill out a Form 456 to update your address.

ww-tyomb.state.nj.us/TYM_ESS/paystub/2022/16/EF574067

## STATE OF NEW JERSEY
# Employee Self Service
*powered by njoit*

[Return to myNewJersey]

# My Pay Stub
Statement of Earnings and Deductions.

| Employee Name | Address | Emp. ID |
|---|---|---|
| WINSOME A BUCKLEY | 1901 FERRY ST EASTON PA 18042 | 000375369 |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 15 | 07/15/2022 | 07/22/2022 | EF498204 | 2022 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 672 | 08 | 00 | 1168665 | S-04 | | A-00 | |

| Dependents | Other Income | Deductions | 2c Check Box |
|---|---|---|---|
| | | | X |

## Earnings

| Description | Rate | Time | Amount |
|---|---|---|---|
| Regular | 206.52 | 10.00 | 2,065.27 |
| Overtime | 39.12 | 53.80 | 2,104.66 |
| Total | | | 4,169.93 |

## Taxable Benefit*

| Description | Amount |
|---|---|

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable.

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 69,166.49 |
| Taxable Wages - Federal | 65,275.26 |
| Taxable Wages - PA | 67,647.41 |
| Base Wages (Subject to Pension Ded) | 30,655.31 |

## Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 509.73 | 9,209.46 | Contributory Insurance | 10.33 |
| FICA & YTD | 252.15 | 4,194.18 | AFSCME - Full Member Dues | 20.91 |
| PA Income Tax & YTD | 124.86 | 2,076.78 | | |
| Medicare & YTD | 58.97 | 980.88 | | |
| | | | Total Deductions | 1,657.84 |
| | | | Net Pay | 2,512.09 |

### Important Messages

The State of New Jersey offers all employees an environmentally friendly option to receive their W-2 and 1095-C forms online through the Employee Self Service program. Enrollment in the online W-2/1095-C program will discontinue the printing of the W-2/1095-C forms. Log on to Employee Self Service if you are interested in enrolling. If you are not registered in Employee Self Service, go to https://www20.state.nj.us/TYM_ESS/ about to sign up today.

Is the address on your pay stub correct? If the address on your pay stub is not up-to-date or does not appear, you may experience delays in receiving important job-related information. Contact your department's Human Resources unit or Payroll Office to fill out a Form 456 to update your address.

Download Printable Version [pdf]

https://www-tyomb.state.nj.us/TYM_ESS/paystub/2022/15/EF498204        9/2/2022

## STATE OF NEW JERSEY
# Employee Self Service
*powered by njoit*

[Return to myNewJersey]

# My Pay Stub
Statement of Earnings and Deductions.

[Download Printable Version [pdf]]

| Employee Name | Address | Emp. ID |
|---|---|---|
| WINSOME A BUCKLEY | 1901 FERRY ST EASTON PA 18042 | 000375369 |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 14 | 07/01/2022 | 07/08/2022 | EF424910 | 2022 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 672 | 08 | 00 | 1168665 | S-04 | | A-00 | |

| Dependents | Other Income | Deductions | 2c Check Box |
|---|---|---|---|
| | | | X |

### Important Messages

The State of New Jersey offers all employees an environmentally friendly option to receive their W-2 and 1095-C forms online through the Employee Self Service program. Enrollment in the online W-2/1095-C program will discontinue the printing of the W-2/1095-C forms. Log on to Employee Self Service if you are interested in enrolling. If you are not registered in Employee Self Service, go to https://www20.state.nj.us/TYM_ESS/ about to sign up today.

Is the address on your pay stub correct? If the address on your pay stub is not up-to-date or does not appear, you may experience delays in receiving important job-related information. Contact your department's Human Resources unit or Payroll Office to fill out a Form 456 to update your address.

### Earnings

| Description | Rate | Time | Amount |
|---|---|---|---|
| Regular | 202.47 | 10.00 | 2,024.78 |
| Shift Differential | 0.25 | 7.50 | 1.88 |
| Overtime | 38.36 | 15.50 | 594.58 |
| Total | | | 2,621.24 |

### Taxable Benefit*

| Description | Amount |
|---|---|
| | |

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable.

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 63,012.14 |
| Taxable Wages - Federal | 59,378.79 |
| Taxable Wages - PA | 61,596.04 |
| Base Wages (Subject to Pension Ded) | 28,590.04 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 176.46 | 8,263.16 | Contributory Insurance | 10.33 |
| FICA & YTD | 156.25 | 3,819.00 | AFSCME - Full Member Dues | 20.91 |
| PA Income Tax & YTD | 77.37 | 1,891.00 | | |
| Medicare & YTD | 36.54 | 893.13 | | |
| | | | Total Deductions | 1,152.56 |
| | | | Net Pay | 1,468.68 |