STATE OF NEW JERSEY

# Employee Self Service

*powered by* njoit

Return to myNewJersey

## My Pay Stub

Statement of Earnings and Deductions.

| Employee Name | Address | Emp. ID |
|---|---|---|
| WINSOME A BUCKLEY | 1901 FERRY ST EASTON PA 18042 | 000375369 |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 16 | 07/29/2022 | 08/05/2022 | EF574067 | 2022 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 672 | 08 | 00 | 1168665 | S-04 | | A-00 | |

| Dependents | Other Income | Deductions | 2c Check Box |
|---|---|---|---|
| | | | X |

### Earnings

| Description | Rate | Time | Amount |
|---|---|---|---|
| Regular | 206.52 | 10.00 | 2,065.27 |
| Shift Differential | 0.25 | 89.00 | 22.25 |
| Overtime | 39.12 | 99.00 | 3,872.88 |
| Clothing Payment | 550.00 | 1.00 | 550.00 |
| Total | | | 6,510.40 |

### Taxable Benefit*

| Description | Amount |
|---|---|

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable.

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 75,676.89 |
| Taxable Wages - Federal | 71,527.78 |
| Taxable Wages - PA | 74,054.83 |
| Base Wages (Subject to Pension Ded) | 32,720.58 |

### Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 1,064.59 | 10,274.05 | Contributory Insurance | 10.33 |
| FICA & YTD | 397.26 | 4,591.44 | AFSCME - Full Member Dues | 20.91 |
| PA Income Tax & YTD | 196.71 | 2,273.49 | | |
| Medicare & YTD | 92.91 | 1,073.79 | | |
| | | | Total Deductions | 2,470.14 |
| | | | Net Pay | 4,040.26 |

### Important Messages

The Notice of Privacy Practices required by HIPAA for both the State Health Benefits Program and the School Employees' Health Benefits Program is available to view or print at the Division of Pensions & Benefits' website at: https://www.nj.gov/treasury/pensions/hipaa-notice.shtml

Is the address on your pay stub correct? If the address on your pay stub is not up-to-date or does not appear, you may experience delays in receiving important job-related information. Contact your department's Human Resources unit or Payroll Office to fill out a Form 456 to update your address.

Download Printable Version (pdf)

STATE OF NEW JERSEY
# Employee Self Service
*powered by* njoit

⏎ Return to myNewJersey

## My Pay Stub
Statement of Earnings and Deductions.

| Employee Name | Address | Emp. ID |
|---|---|---|
| WINSOME A BUCKLEY | 1901 FERRY ST EASTON PA 18042 | 000375369 |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 17 | 08/12/2022 | 08/19/2022 | EF648025 | 2022 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 672 | 08 | 00 | 1168665 | S-04 | | A-00 | |

| Dependents | Other Income | Deductions | 2c Check Box |
|---|---|---|---|
| | | | X |

### Important Messages

Is the address on your pay stub correct? If the address on your pay stub is not up-to-date or does not appear, you may experience delays in receiving important job-related information. Contact your department's Human Resources unit or Payroll Office to fill out a Form 456 to update your address.

⬇ Download Printable Version (pdf)

## Earnings

| Description | Rate | Time | Amount |
|---|---|---|---|
| Regular | 206.52 | 10.00 | 2,065.27 |
| Shift Differential | 0.25 | 81.00 | 20.25 |
| Overtime | 39.12 | 99.00 | 3,872.88 |
| Total | | | 5,958.40 |

## Taxable Benefit*

| Description | Amount |
|---|---|

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable.

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 82,495.93 |
| Taxable Wages - Federal | 78,088.94 |
| Taxable Wages - PA | 80,770.89 |
| Base Wages (Subject to Pension Ded) | 34,785.85 |

## Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 932.11 | 11,395.50 | Contributory Insurance | 10.33 |
| FICA & YTD | 363.04 | 5,007.84 | AFSCME - Full Member Dues | 20.91 |
| PA Income Tax & YTD | 179.76 | 2,479.67 | | |
| Medicare & YTD | 84.90 | 1,171.17 | | |
| | | | Total Deductions | 2,276.94 |
| | | | Net Pay | 3,681.46 |

STATE OF NEW JERSEY
# Employee Self Service
*powered by* njoit

☞ Return to myNewJersey

## My Pay Stub
Statement of Earnings and Deductions.

☟ Download Printable Version (pdf)

| Employee Name | Address | Emp. ID |
|---|---|---|
| WINSOME A BUCKLEY | 1901 FERRY ST EASTON PA 18042 | 000375369 |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 18 | 08/26/2022 | 09/02/2022 | EF723812 | 2022 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 672 | 08 | 00 | 1168665 | S-04 | | A-00 | |

| Dependents | Other Income | Deductions | 2c Check Box |
|---|---|---|---|
| | | | X |

### Important Messages

The NJWELL Team reminds you and your eligible spouse/partner that you have until October 31, 2022, to earn NJWELL points toward a financial reward. For more information, visit http://www.nj.gov/njwell

The New Jersey Division of Pensions & Benefits (NJDPB) is pleased to announce the 2022 Virtual Benefits Fair which will be available September 15 and run through October 31. There will be vendor webinars available via Benefitsolver regarding health, dental, prescription drug, and wellness plans. Changes in health and dental plans can only be made during the Annual Open Enrollment from October 1 October 31, so this is the perfect opportunity for employees to review their plan options.

## Earnings

| Description | Rate | Time | Amount |
|---|---|---|---|
| Regular | 206.52 | 10.00 | 2,065.27 |
| Shift Differential | 0.25 | 79.30 | 19.83 |
| Overtime | 39.12 | 99.00 | 3,872.88 |
| | | | |
| Total | | | 5,957.98 |

## Taxable Benefit*

| Description | Amount |
|---|---|
| | |

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable.

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 89,001.59 |
| Taxable Wages - Federal | 84,336.72 |
| Taxable Wages - PA | 87,173.57 |
| Base Wages (Subject to Pension Ded) | 36,851.12 |

## Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 932.00 | 12,447.99 | Contributory Insurance | 10.33 |
| FICA & YTD | 363.01 | 5,404.81 | AFSCME - Full Member Dues | 20.91 |
| PA Income Tax & YTD | 179.75 | 2,676.23 | | |
| Medicare & YTD | 84.90 | 1,264.01 | | |
| | | | Total Deductions | 2,276.79 |
| | | | Net Pay | 3,681.19 |

STATE OF NEW JERSEY
# Employee Self Service
### powered by njoit

[→ Return to myNewJersey]

## My Pay Stub
Statement of Earnings and Deductions.

📥 Download Printable Version [pdf]

| Employee Name | Address | Emp. ID |
|---|---|---|
| WINSOME A BUCKLEY | 1901 FERRY ST EASTON PA 18042 | 000375369 |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 19 | 09/09/2022 | 09/16/2022 | EF791259 | 2022 |

| P/R Ck No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 672 | 08 | 00 | 1168665 | S-04 | | A-00 | |

| Dependents | Other Income | Deductions | 2c Check Box |
|---|---|---|---|
| | | | X |

## Earnings

| Description | Rate | Time | Amount |
|---|---|---|---|
| Regular | 206.52 | 10.00 | 2,065.27 |
| Shift Differential | 0.25 | 15.00 | 3.75 |
| Overtime | 39.12 | 15.00 | 586.80 |
| Total | | | 2,655.82 |

### Taxable Benefit*

| Description | Amount |
|---|---|

*Taxable Amounts Included in Federal, State, FICA and Medicare Wages, where applicable.

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 92,138.59 |
| Taxable Wages - Federal | 87,215.84 |
| Taxable Wages - PA | 90,207.59 |
| Base Wages (Subject to Pension Ded) | 38,916.39 |

## Deductions

| Description | Amount | YTD/Bal | Description | Amount |
|---|---|---|---|---|
| Federal Income Tax & YTD | 180.39 | 12,734.24 | Contributory Insurance | 10.33 |
| FICA & YTD | 158.27 | 5,592.91 | AFSCME - Full Member Dues | 20.91 |
| PA Income Tax & YTD | 78.37 | 2,769.37 | | |
| Medicare & YTD | 37.01 | 1,308.00 | | |
| | | | Total Deductions | 1,204.44 |
| | | | Net Pay | 1,451.38 |

### Important Messages

The NJWELL Team reminds you and your eligible spouse/partner that you have until October 31, 2022, to earn NJWELL points toward a financial reward. For more information, visit http://www.nj.gov/njwell

The New Jersey Division of Pensions & Benefits (NJDPB) is pleased to announce the 2022 Virtual Benefits Fair which will be available September 15 and run through October 31. There will be vendor webinars available via Benefitsolver regarding health, dental, prescription drug, and wellness plans. Changes in health and dental plans can only be made during the Annual Open Enrollment from October 1 October 31, so this is the perfect opportunity for employees to review their plan options.

STATE OF NEW JERSEY
# Employee Self Service
**powered by** njoit

[← Return to myNewJersey]

## My Pay Stub
Statement of Earnings and Deductions.

[⬇ Download Printable Version [pdf]]

| Employee Name | Address | Emp. ID |
|---|---|---|
| WINSOME A BUCKLEY | 1901 FERRY ST EASTON PA 18042 | 000375369 |

| Pay Period | Pay Period End | Check Date | Check No. | Calendar Year |
|---|---|---|---|---|
| 20 | 09/23/2022 | 09/30/2022 | EF873983 | 2022 |

| P/R No. | Ck Dist. | Unit | Pension Memb No. | Fed Exemptions | Extra Amt | State Exemptions | Extra Amt |
|---|---|---|---|---|---|---|---|
| 672 | 08 | 00 | 1168665 | S-04 | | A-00 | |

| Dependents | Other Income | Deductions | 2c Check Box |
|---|---|---|---|
| | | | X |

### Earnings

| Description | Rate | Time | Amount |
|---|---|---|---|
| Regular | 206.52 | 10.00 | 2,065.27 |
| Shift Differential | 0.25 | 82.50 | 20.63 |
| Overtime | 39.12 | 99.00 | 3,872.88 |
| | | | |
| Total | | | 5,958.78 |

### Deductions

| Description | Amount | YTD/Bal |
|---|---|---|
| Federal Income Tax & YTD | 932.20 | 13,666.44 |
| FICA & YTD | 363.06 | 5,955.97 |
| PA Income Tax & YTD | 179.77 | 2,949.14 |
| Medicare & YTD | 84.91 | 1,392.91 |

### Taxable Benefit*

| Description | Amount |
|---|---|
| | |

*Taxable Amounts included in Federal, State, FICA and Medicare Wages, where applicable.

### Year-to-Date

| Description | Amount |
|---|---|
| Gross Wages | 98,097.37 |
| Taxable Wages - Federal | 92,916.74 |
| Taxable Wages - PA | 96,063.39 |
| Base Wages (Subject to Pension Ded) | 40,981.66 |

| Description | Amount |
|---|---|
| Contributory Insurance | 10.33 |
| AFSCME - Full Member Dues | 20.91 |

| | |
|---|---|
| Total Deductions | 2,319.58 |
| **Net Pay** | 3,639.20 |

### Important Messages

Open Enrollment for the State Health Benefits Program (SHBP) and State Employees Tax Savings Program (Tax$ave) is October 1 through October 31, 2022. This is your chance to join, add dependents, or make changes to your SHBP medical, prescription drug, or dental plans. Take a closer look to see what the SHBP has to offer - you might be able to save by switching to a plan with a lower premium share. Since participation in a Tax$ave Flexible Spending Account (FSA) must be renewed annually, you must act if you want to participate in an FSA plan during 2023. Log into your MyNewJersey account to visit Benefitsolver or visit mynjbenefitshub.nj.gov

Is the address on your pay stub correct? If the address on your pay stub is not up-to-date or does not appear, you may experience delays in receiving important job-related information. Contact your department's Human Resources unit or Payroll Office to fill out a Form 456 to update your address.