UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Winsome A Buckley | Bankruptcy No.22-12561-PMM |
| Debtor | |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 19th day of January, 2023, by first class mail upon those listed below:

Winsome A Buckley
1901 Ferry Street
Easton, PA  18042

**Electronically via CM/ECF System Only:**

PAUL H YOUNG, ESQ
YOUNG MARR & ASSOCIATES
3554 HULMEVILLE ROAD STE 102
BENSALEM, PA  19020-4366

/s/ Kristen Gliem
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee