IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| In re: WINSOME A. BUCKLEY<br>**Debtor(s)** | )<br>)<br>) CHAPTER 13 |
| EXETER FINANCE LLC<br>**Moving Party** | )<br>)<br>) Case No.: 22-12561 (PMM) |
| v. | ) |
| WINSOME A. BUCKLEY<br>**Respondent(s)** | )<br>) |
| SCOTT F. WATERMAN<br>**Trustee** | )<br>) |

## PRAECIPE WITHDRAWING EXETER FINANCE LLC'S OBJECTION TO CONFIRMATION

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw Exeter Finance's Objection To Confirmation, filed on or about October 27, 2022 (number 28 on the docket).

Date: 2/22/23

/s/ William E. Craig
William E. Craig, Esquire
Morton & Craig LLC
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for Exeter Finance LLC