United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12561-pmm |
| Winsome A Buckley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 06, 2023 | Form ID: 155 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Winsome A Buckley, 1901 Ferry Street, Easton, PA 18042-3966 |
| 14724886 | + | Bank of America, N.A, C/O Brian Craig Nicholas, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14731192 | + | Exeter Finance LLC, c/o William E. Craig, Esquire, 110 Marter Ave. Suite 301, Moorestown, NJ 08057-3124 |
| 14723663 | | Trident Asset Manageme, 10375 Old Alabama Rd Ste, Alpharetta, GA 30022 |
| 14723664 | + | Xcel Federal Credit Union, 1460 Broad Street, Bloomfield, NJ 07003-3014 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14739847 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 06 2023 23:45:00 | BANK OF AMERICA, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14724822 | ^ | MEBN | Apr 06 2023 23:42:27 | Bank of America, N.A, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14723659 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 06 2023 23:45:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14725224 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 06 2023 23:51:49 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14725478 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 06 2023 23:51:49 | Exeter Finance LLC, C/O Arvind Rawal, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14731332 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 06 2023 23:51:53 | Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14723660 | + | Email/Text: Bankruptcy@ICSystem.com | Apr 06 2023 23:46:00 | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14723875 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 06 2023 23:51:47 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14733583 | + | Email/Text: joey@rmscollect.com | Apr 06 2023 23:46:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14723661 | + | Email/Text: joey@rmscollect.com | Apr 06 2023 23:46:00 | Receivable Management, Pob 17305, Richmond, VA 23226-7305 |
| 14723662 | ^ | MEBN | Apr 06 2023 23:42:17 | Receivable Management, 240 Emery Street, Bethlehem, PA 18015-1980 |

TOTAL: 11

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Apr 06, 2023 | Form ID: 155 | Total Noticed: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 08, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2023 at the address(es) listed below:

**Name**     **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor BANK OF AMERICA N.A bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

PAUL H. YOUNG
on behalf of Debtor Winsome A Buckley support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Exeter Finance LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Winsome A Buckley
     Debtor(s)                                               Chapter: 13

                                                                                           Bankruptcy No: 22−12561−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this April 6, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                      Patricia M. Mayer
                                                      Judge ,
                                                      United States Bankruptcy Court