**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:
**Winsome A Buckley,**

|  |  |  |
|---|---|---|
|  | : | **Chapter 13** |
|  | : |  |
|  | : | **Case No. 22-12561  (PMM)** |
|  | : |  |
| **Debtor.** | : |  |

## O R D E R

**AND NOW**, upon consideration of the Motion for Relief from Stay ("the Motion") (Doc.
#46), seeking relief pursuant to 11 U.S.C. §362 and the Response thereto (doc. #50);

**AND**, the parties having reported the matter settled with a stipulation memorializing the
settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **July 27, 2023**, the parties shall either file the Stipulation or file a notice
   relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without
   further notice or hearing.

**Date:   6/27/23**

_Patricia M. Mayer_
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**