IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: WINSOME A. BUCKLEY ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| EXETER FINANCE LLC ) | CASE NO. 22-12561-PMM |
| **Moving Party** ) | |
| ) | 11 U.S.C. 362 |
| v. ) | |
| ) | |
| WINSOME A. BUCKLEY ) | HEARING DATE: **6-27-23 at 10:00 AM** |
| **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
| **Trustee** ) | |
| ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Exeter Finance LLC and the Debtor in settlement of the Motion For Stay Relief, and filed on or about July 25, 2023 in the above matter is APPROVED.

Dated: **July 26, 2023**

BY THE COURT:

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE