# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
**Winsome A Buckley,**

:    **Chapter 13**
:
:    **Case No. 22-12561 (PMM)**
:
**Debtor.**      :

## O R D E R

**AND NOW**, upon consideration of the Motion for Relief from Stay ("the Motion") (Doc. #48), seeking relief pursuant to 11 U.S.C. §362 and the Response thereto (doc. #51);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **September 8, 2023**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

Date: 8/8/23

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**