Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 22-12561-PMM**

Winsome A Buckley  
1901 Ferry Street  
Easton  PA    18042

Petition Filed Date: 09/23/2022  
341 Hearing Date: 11/15/2022  
Confirmation Date: 04/06/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/04/2022 | $460.00 | | 12/02/2022 | $465.00 | | 12/19/2022 | $465.00 | |
| 01/03/2023 | $465.00 | | 01/13/2023 | $465.00 | | 01/27/2023 | $465.00 | |
| 02/10/2023 | $465.00 | | 03/10/2023 | $465.00 | | 03/24/2023 | $321.00 | |
| 04/24/2023 | $321.00 | | 05/18/2023 | $325.00 | | 06/15/2023 | $325.00 | |
| 07/13/2023 | $325.00 | | 07/27/2023 | $325.00 | | | | |

**Total Receipts for the Period:  $5,657.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $5,657.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $4,500.00 | $4,500.00 | $0.00 |
| 1 | EXETER FINANCE CORPORATION<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PATIENT FIRST<br>»» 002 | Unsecured Creditors | $461.28 | $0.00 | $461.28 |
| 3 | CARRINGTON MORTGAGE SVCS LLC<br>»» 003 | Mortgage Arrears | $29,399.74 | $392.48 | $29,007.26 |

**Chapter 13 Case No. 22-12561-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,657.00 | Current Monthly Payment: | $641.00 |
| Paid to Claims: | $4,892.48 | Arrearages: | $509.00 |
| Paid to Trustee: | $468.77 | Total Plan Base: | $38,216.00 |
| Funds on Hand: | $295.75 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.