**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Winsome A. Buckley <br> _Debtor(s)_ | CHAPTER 13 |
| Bank of America, N.A <br> _Movant_ <br> vs. | NO. 22-12561 PMM |
| Winsome A. Buckley <br> _Debtor(s)_ | |
| Scott F. Waterman <br> _Trustee_ | 11 U.S.C. Section 362 |

**ORDER**

AND NOW, this  5th  day of September, 2023 at Reading, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_Patricia M. Mayer_
Hon. Patricia M. Mayer
United States Bankruptcy Judge