UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

----------------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| **WINSOME BUCKLEY** | : | Case No. 22-12561 |
| | : | |
| Debtor(s). | : | |
| | : | |
| | : | |

----------------------------------------X

## O R D E R

AND NOW, upon consideration of the Debtor's Motion to Modify Confirmed Plan **(Doc. # _65_ )**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (**Doc. # 70**) is **APPROVED**.

Date: 9/28/23

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**