| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 22-12561-PMM

| | |
|---|---|
| Winsome A Buckley | Petition Filed Date: 09/23/2022 |
| 1901 Ferry Street | 341 Hearing Date: 11/15/2022 |
| Easton  PA    18042 | Confirmation Date: 04/06/2023 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/11/2023 | $325.00 | | 10/10/2023 | $389.00 | | 10/19/2023 | $365.00 | |
| 11/02/2023 | $365.00 | | 12/01/2023 | $400.00 | | 12/14/2023 | $400.00 | |
| 01/25/2024 | $400.00 | | 02/09/2024 | $400.00 | | 02/26/2024 | $400.00 | |
| 03/08/2024 | $400.00 | | 03/22/2024 | $400.00 | | 04/05/2024 | $400.00 | |
| 04/19/2024 | $400.00 | | 05/03/2024 | $400.00 | | 05/20/2024 | $400.00 | |
| 06/03/2024 | $400.00 | | 06/14/2024 | $400.00 | | 07/15/2024 | $400.00 | |
| 07/26/2024 | $400.00 | | | | | | | |

**Total Receipts for the Period: $7,444.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,501.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $4,500.00 | $4,500.00 | $0.00 |
| 1 | EXETER FINANCE CORPORATION<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PATIENT FIRST<br>»»  002 | Unsecured Creditors | $461.28 | $0.00 | $461.28 |
| 3 | CARRINGTON MORTGAGE SVCS LLC<br>»»  003 | Mortgage Arrears | $29,399.74 | $6,866.54 | $22,533.20 |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 4 | EXETER FINANCE CORPORATION<br>»»  01P | Secured Creditors | $2,124.00 | $457.05 | $1,666.95 |
| 5 | CARRINGTON MORTGAGE SVCS LLC<br>»»  03P | Mortgage Arrears | $1,986.55 | $427.49 | $1,559.06 |

**Chapter 13 Case No. 22-12561-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,501.00 | Current Monthly Payment: | $781.00 |
| Paid to Claims: | $12,251.08 | Arrearages: | $1,072.00 |
| Paid to Trustee: | $1,249.92 | Total Plan Base: | $43,470.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.