# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re   WINSOME A. BUCKLEY | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | BANKRUPTCY NO. 22-12561 |

## OBJECTION TO CERTIFICATION OF DEFAULT

Debtor(s), Winsome A. Buckley, by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by **Exeter Finance LLC** on December 30, 2024.  Debtors believe they can become current on all post-petition payments due under the September 25, 2023 stipulation with the Lender.

Respectfully submitted,

/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: January 2, 2025