# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  WINSOME BUCKLEY  :  CHAPTER 13
                                                                       :

            **Debtor**  :  **BANKRUPTCY NO. 22-12561**

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw the above debtor's Objection to Certification of Default, docket number 86, filed by YOUNG, MARR & ASSOCIATES.

                                                   /s/Paul H. Young
                                                 Paul H. Young, Esquire
                                                 Attorney for Debtor
                                                 3554 Hulmeville Road, Ste. 102
                                                 Bensalem, PA 19020

Date: February 26, 2025