*Form 167* (1/25)–doc 102 – 101

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Winsome A Buckley              )<br>                                  )<br>                                  )<br>   Debtor(s).                        )<br>                                  )<br>                                  ) | Case No. 22–12561–pmm<br><br>Chapter: 13 |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor BANK OF AMERICA, N.A Filed by Winsome A Buckley

on: 5/15/25

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601


Date: April 22, 2025                                                                For The Court

                                                                      Timothy B. McGrath
                                                                      Clerk of Court