UNITED STATES BANKRUPTCY COURT
**Eastern District of Pennsylvania (Reading)**

IN RE:
**Winsome A Buckley**　　　　　　　　　　CASE NO. **22-12561**
Debtor(s)　　　　　　　　　　　　　　　　Chapter 13

### WITHDRAWAL OF NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES, AND CHARGES

Please accept this notice that Bank of America, N.A..respectfully notifies this Court that the Notice of Post-petition Mortgage Fees, Expenses, And Charges filed on April 30, 2025 for claim# 12-2 is hereby withdrawn.

Dated: April 30, 2025　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　By: /s/Tawakoni Hill
　　　　　　　　　　　　　　　　　　Tawakoni Hill
　　　　　　　　　　　　　　　　　　Authorized Agent for Creditor
　　　　　　　　　　　　　　　　　　Liepold, Harrison, and Associates
　　　　　　　　　　　　　　　　　　370 W. Las Colinas Blvd., Suite 220

　　　　　　　　　　　　　　　　　　Irving, Texas 75039

　　　　　　　　　　　　　　　　　　682.808.5373 Office
　　　　　　　　　　　　　　　　　　817.522.7558 Fax
　　　　　　　　　　　　　　　　　　thill@lha-law.com
　　　　　　　　　　　　　　　　　　pcninquiries@lha-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice of Post-petition Mortgage Fees, Expenses, And Charges was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on April 30, 2025:

Chapter 13 Trustee:
**PAUL H. YOUNG**
3554 Hulmeville Rd.
Ste 102
Bensalem, PA 19020

Debtor's Counsel:
**SCOTT F. WATERMAN [Chapter 13]**
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
**United States Trustee**
900 Market Street
Suite 320
Philadelphia, PA 19107

By: /s/ Tawakoni Hill

Authorized Agent for Creditor
Tawakoni Hill
Liepold, Harrison, and Associates
370 W. Las Colinas Blvd., Suite 220

Irving, Texas 75039

682.808.5373 Office
817.522.7558 Fax
thill@lha-law.com
pcninquiries@lha-law.com