| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 22-12561-PMM

| | |
|---|---|
| Winsome A Buckley | Petition Filed Date: 09/23/2022 |
| 1901 Ferry Street | 341 Hearing Date: 11/15/2022 |
| Easton PA 18042 | Confirmation Date: 04/06/2023 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2024 | $400.00 | | 09/09/2024 | $400.00 | | 10/08/2024 | $406.00 | |
| 10/22/2024 | $400.00 | | 11/04/2024 | $400.00 | | 11/19/2024 | $400.00 | |
| 12/03/2024 | $400.00 | | 12/16/2024 | $400.00 | | 01/02/2025 | $400.00 | |
| 01/13/2025 | $400.00 | | 01/28/2025 | $400.00 | | 02/10/2025 | $400.00 | |
| 02/25/2025 | $400.00 | | 03/10/2025 | $400.00 | | 03/24/2025 | $400.00 | |
| 05/08/2025 | $900.00 | | 06/02/2025 | $400.00 | | 06/27/2025 | $400.00 | |

**Total Receipts for the Period: $7,706.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $21,607.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $4,500.00 | $4,500.00 | $0.00 |
| 1 | EXETER FINANCE CORPORATION »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PATIENT FIRST »» 002 | Unsecured Creditors | $461.28 | $0.00 | $461.28 |
| 3 | CARRINGTON MORTGAGE SVCS LLC »» 003 | Mortgage Arrears | $29,399.74 | $13,061.58 | $16,338.16 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 4 | EXETER FINANCE CORPORATION »» 01P | Secured Creditors | $2,124.00 | $915.35 | $1,208.65 |
| 5 | CARRINGTON MORTGAGE SVCS LLC »» 03P | Mortgage Arrears | $1,986.55 | $856.12 | $1,130.43 |

**Chapter 13 Case No. 22-12561-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,607.00 | Current Monthly Payment: | $781.00 |
| Paid to Claims: | $19,333.05 | Arrearages: | $2,338.00 |
| Paid to Trustee: | $1,895.95 | Total Plan Base: | $43,470.00 |
| Funds on Hand: | $378.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.