IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: WINSOME A. BUCKLEY ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| EXETER FINANCE LLC ) | CASE NO. 22-12561-PMM |
| **Moving Party** ) | |
| ) | 11 U.S.C. 362 |
| v. ) | |
| ) | |
| WINSOME A. BUCKLEY ) | |
| **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
| **Trustee** ) | |
| ) | |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Exeter Finance LLC and the Debtor in settlement of the Motion To Vacate Order Granting Relief From Stay, and filed on or about December 2, 2025 in the above matter is APPROVED.

Dated: **December 3, 2025**

BY THE COURT:

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE