**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

In Re:

Winsome A Buckley

Case No.: 22-12561-pmm

Chapter 13

Debtor(s)

**NOTICE OF ADDRESS CHANGE**

☐ Filed by the Debtor(s)
☒ Filed by a Creditor
☐ Filed by another party in interest

Bank of America, N.A., c/o Carrington Mortgage Services, LLC, Secured Creditor (Claim No. 3), files this notice of mailing address change to be used to provide notice and/or to deliver payments in this case. Pursuant to 11 U.S.C. § 342(e)(2), any notice in this case required to be provided to a creditor by the Debtor or the court will not be provided in case of the new name and/or mailing address designated below until after 7 days following the filing of this notice with the court.

**Current address to be changed:**

Name:              Carrington Mortgage Services, LLC
Address:           1600 S. Douglass Road, Suites 110 & 200-A
City, State, Zip:  Anaheim, CA 92806

**New name and/or mailing address below:**

☐ For payment purposes only
☐ For notice purposes only
☒ For both payment and notice purposes

| | |
|---|---|
| 1 | **New address of Creditor:** |
| 2 | Name:             Carrington Mortgage Services, LLC |
| 3 | Address:          500 N. State College Blvd., Suites 1030, 1300 and 1400 |
| 4 | City, State, Zip: Orange, CA 92868 |
| 5 | |
| 6 | *Under the penalty of perjury, I, the undersigned, affirm that I am authorized to request this* |
| 7 | *address change.* |
| 8 | |
| 9 | Dated: 1/21/2026                                    **Liepold Harrison & Associates PLLC** |
| 10 |                                                    */s/ Tawakoni Hill* |
| 11 |                                                    Tawakoni Hill |
|    |                                                    370 W. Las Colinas Blvd., Ste 220 |
| 12 |                                                    Irving, TX 75039 |
|    |                                                    *e.* PCNinquiries@lha-law.com |
| 13 |                                                    Authorized Representative of Secured Creditor |
| 14 | |
| 15 | |
| 16 | *\* This form cannot be used to file a formal notice of transfer of claim pursuant to Federal Rule of Bankruptcy Procedure 3001(e).* |