U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   WINSOME BUCKLEY           : CHAPTER 13
                                   :
         Debtor(s)                 : BANKRUPTCY NO. 22-12561PMM

## ORDER

AND NOW, upon consideration of the Debtors' Motion to Modify the confirmed chapter 13 Plan (docket # 112, the Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #125) is **approved**.

Date:  2/12/26

*Patricia M. Mayer*

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE