**Fill in this information to identify the case:**

Debtor 1    **Winsome A Buckley**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:    **Eastern District of Pennsylvania**

(State)

Case Number    **22-12561-PMM**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).

| Part 1: | Mortgage Information |
|---------|---------------------|

**Name of claim holder:**   CARRINGTON MORTGAGE SERVICES LLC

**Court claim no.**  (if known):
3-2

**Last 4 digits** of any number you use to identify the debtor's account:    0   9   5   5

**Property Address:**      1901 FERRY STREET
Number        Street

EASTON                                        PA      18042
City                                          State   ZIP Code

| Part 2: | Statement of Completion |
|---------|------------------------|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---------|-----------|

|  | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $    14,038.17 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $    14,038.17 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $    -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $    14,038.17 |

**Part 4:** **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:     $_____-0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:** **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:     $_____923.69

**Part 6:** **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Scott F. Waterman _____     Date     04/22/2026 _____
Signature

Trustee     Scott F. Waterman _____
First Name          Middle Name          Last Name

Address     2901 St. Lawrence Avenue, Suite 100 _____
Number     Street

Reading _____          PA     19606 ____
City                         State     ZIP Code

Contact phone  (610) 779-1313 _____          Email  info@ReadingCh13.com _____

| Debtor 1 | **Winsome A Buckley** | Case Number **22-12561-PMM** | Page 1 |
|---|---|---|---|
| | Name | | |

# History Of Payments

## Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 3-2 | CARRINGTON MORTGAGE S' | Pre-Petition Arrears | 06/16/2023 | 17241241 | Disbursement To Creditor/Principal | 96.73 |
| 3-2 | CARRINGTON MORTGAGE S' | Pre-Petition Arrears | 07/21/2023 | 17242065 | Disbursement To Creditor/Principal | 295.75 |
| 3-2 | CARRINGTON MORTGAGE S' | Pre-Petition Arrears | 08/18/2023 | 17242952 | Disbursement To Creditor/Principal | 295.75 |
| 3-2 | CARRINGTON MORTGAGE S' | Pre-Petition Arrears | 10/20/2023 | 17244598 | Disbursement To Creditor/Principal | 327.47 |
| 3-2 | CARRINGTON MORTGAGE S' | Pre-Petition Arrears | 11/17/2023 | 17245419 | Disbursement To Creditor/Principal | 287.35 |
| 3-2 | CARRINGTON MORTGAGE S' | Pre-Petition Arrears | 12/15/2023 | 17246191 | Disbursement To Creditor/Principal | 629.83 |
| 3-2 | CARRINGTON MORTGAGE S' | Pre-Petition Arrears | 02/16/2024 | 17247832 | Disbursement To Creditor/Principal | 629.83 |
| 3-2 | CARRINGTON MORTGAGE S' | Pre-Petition Arrears | 03/15/2024 | 17248628 | Disbursement To Creditor/Principal | 629.83 |
| 3-2 | CARRINGTON MORTGAGE S' | Pre-Petition Arrears | 04/19/2024 | 17249471 | Disbursement To Creditor/Principal | 1,154.69 |
| 3-2 | CARRINGTON MORTGAGE S' | Pre-Petition Arrears | 05/24/2024 | 17250307 | Disbursement To Creditor/Principal | 944.74 |
| 3-2 | CARRINGTON MORTGAGE S' | Pre-Petition Arrears | 06/21/2024 | 17251123 | Disbursement To Creditor/Principal | 629.83 |
| 3-2 | CARRINGTON MORTGAGE S' | Pre-Petition Arrears | 07/19/2024 | 17251897 | Disbursement To Creditor/Principal | 314.91 |
| 3-2 | CARRINGTON MORTGAGE S' | Pre-Petition Arrears | 08/16/2024 | 17252689 | Disbursement To Creditor/Principal | 629.83 |
| 3-2 | CARRINGTON MORTGAGE S' | Pre-Petition Arrears | 09/20/2024 | 17253457 | Disbursement To Creditor/Principal | 314.91 |
| 3-2 | CARRINGTON MORTGAGE S' | Pre-Petition Arrears | 10/15/2024 | 17254226 | Disbursement To Creditor/Principal | 323.19 |
| 3-2 | CARRINGTON MORTGAGE S' | Pre-Petition Arrears | 11/15/2024 | 17254960 | Disbursement To Creditor/Principal | 636.83 |
| 3-2 | CARRINGTON MORTGAGE S' | Pre-Petition Arrears | 12/20/2024 | 17255727 | Disbursement To Creditor/Principal | 955.24 |
| 3-2 | CARRINGTON MORTGAGE S' | Pre-Petition Arrears | 01/17/2025 | 17256514 | Disbursement To Creditor/Principal | 636.83 |
| 3-2 | CARRINGTON MORTGAGE S' | Pre-Petition Arrears | 02/21/2025 | 17257233 | Disbursement To Creditor/Principal | 636.83 |
| 3-2 | CARRINGTON MORTGAGE S' | Pre-Petition Arrears | 03/21/2025 | 17258082 | Disbursement To Creditor/Principal | 636.83 |
| 3-2 | CARRINGTON MORTGAGE S' | Pre-Petition Arrears | 04/17/2025 | 17258883 | Disbursement To Creditor/Principal | 318.41 |
| 3-2 | CARRINGTON MORTGAGE S' | Pre-Petition Arrears | 05/22/2025 | 17259649 | Disbursement To Creditor/Principal | 743.99 |
| 3-2 | CARRINGTON MORTGAGE S' | Pre-Petition Arrears | 06/13/2025 | 17260457 | Disbursement To Creditor/Principal | 330.66 |
| 3-2 | CARRINGTON MORTGAGE S' | Pre-Petition Arrears | 07/18/2025 | 17261185 | Disbursement To Creditor/Principal | 330.66 |
| 3-2 | CARRINGTON MORTGAGE S' | Pre-Petition Arrears | 08/22/2025 | 17262065 | Disbursement To Creditor/Principal | 330.66 |
| 3-2 | CARRINGTON MORTGAGE S' | Pre-Petition Arrears | 09/19/2025 | 17262938 | Disbursement To Creditor/Principal | 330.66 |
| 3-2 | CARRINGTON MORTGAGE S' | Pre-Petition Arrears | 10/24/2025 | 17263778 | Disbursement To Creditor/Principal | 645.93 |

Total for Claim Number 3-2: 14,038.17

**Total for Part 3 - b (Prepetition Arrears):** **14,038.17**

## Part 5 (Postpetition Fees, Expenses, and Charges)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 3-2 | CARRINGTON MORTGAGE S' | Post Petition Arrears | 10/20/2023 | 17244598 | Disbursement To Creditor/Principal | 22.66 |
| 3-2 | CARRINGTON MORTGAGE S' | Post Petition Arrears | 11/17/2023 | 17245419 | Disbursement To Creditor/Principal | 19.88 |
| 3-2 | CARRINGTON MORTGAGE S' | Post Petition Arrears | 12/15/2023 | 17246191 | Disbursement To Creditor/Principal | 43.58 |
| 3-2 | CARRINGTON MORTGAGE S' | Post Petition Arrears | 02/16/2024 | 17247832 | Disbursement To Creditor/Principal | 43.58 |
| 3-2 | CARRINGTON MORTGAGE S' | Post Petition Arrears | 03/15/2024 | 17248628 | Disbursement To Creditor/Principal | 43.58 |
| 3-2 | CARRINGTON MORTGAGE S' | Post Petition Arrears | 04/19/2024 | 17249471 | Disbursement To Creditor/Principal | 79.89 |
| 3-2 | CARRINGTON MORTGAGE S' | Post Petition Arrears | 05/24/2024 | 17250307 | Disbursement To Creditor/Principal | 65.37 |
| 3-2 | CARRINGTON MORTGAGE S' | Post Petition Arrears | 06/21/2024 | 17251123 | Disbursement To Creditor/Principal | 43.58 |
| 3-2 | CARRINGTON MORTGAGE S' | Post Petition Arrears | 07/19/2024 | 17251897 | Disbursement To Creditor/Principal | 21.79 |
| 3-2 | CARRINGTON MORTGAGE S' | Post Petition Arrears | 08/16/2024 | 17252689 | Disbursement To Creditor/Principal | 43.58 |
| 3-2 | CARRINGTON MORTGAGE S' | Post Petition Arrears | 09/20/2024 | 17253457 | Disbursement To Creditor/Principal | 21.79 |
| 3-2 | CARRINGTON MORTGAGE S' | Post Petition Arrears | 10/15/2024 | 17254226 | Disbursement To Creditor/Principal | 22.36 |
| 3-2 | CARRINGTON MORTGAGE S' | Post Petition Arrears | 11/15/2024 | 17254960 | Disbursement To Creditor/Principal | 44.06 |
| 3-2 | CARRINGTON MORTGAGE S' | Post Petition Arrears | 12/20/2024 | 17255727 | Disbursement To Creditor/Principal | 66.09 |
| 3-2 | CARRINGTON MORTGAGE S' | Post Petition Arrears | 01/17/2025 | 17256514 | Disbursement To Creditor/Principal | 44.06 |

| Debtor 1 | **Winsome A Buckley** | Case Number **22-12561-PMM** | Page 2 |
|---|---|---|---|
| | Name | | |

# History Of Payments

**Part 5 (Postpetition Fees, Expenses, and Charges)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 3-2 | CARRINGTON MORTGAGE S' | Post Petition Arrears | 02/21/2025 | 17257233 | Disbursement To Creditor/Principal | 44.06 |
| 3-2 | CARRINGTON MORTGAGE S' | Post Petition Arrears | 03/21/2025 | 17258082 | Disbursement To Creditor/Principal | 44.06 |
| 3-2 | CARRINGTON MORTGAGE S' | Post Petition Arrears | 04/17/2025 | 17258883 | Disbursement To Creditor/Principal | 22.03 |
| 3-2 | CARRINGTON MORTGAGE S' | Post Petition Arrears | 05/22/2025 | 17259649 | Disbursement To Creditor/Principal | 51.48 |
| 3-2 | CARRINGTON MORTGAGE S' | Post Petition Arrears | 06/13/2025 | 17260457 | Disbursement To Creditor/Principal | 22.88 |
| 3-2 | CARRINGTON MORTGAGE S' | Post Petition Arrears | 07/18/2025 | 17261185 | Disbursement To Creditor/Principal | 22.88 |
| 3-2 | CARRINGTON MORTGAGE S' | Post Petition Arrears | 08/22/2025 | 17262065 | Disbursement To Creditor/Principal | 22.88 |
| 3-2 | CARRINGTON MORTGAGE S' | Post Petition Arrears | 09/19/2025 | 17262938 | Disbursement To Creditor/Principal | 22.88 |
| 3-2 | CARRINGTON MORTGAGE S' | Post Petition Arrears | 10/24/2025 | 17263778 | Disbursement To Creditor/Principal | 44.69 |

Total for Claim Number 3-2: 923.69

Total for Part 5 (Postpetition Fees, Expenses, and Charges): **923.69**