Certificate Number: 03621-PAE-DE-040919915

Bankruptcy Case Number: 22-12561



03621-PAE-DE-040919915

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 30, 2026, at 9:30 o'clock AM EDT, Winsome A Buckley completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 30, 2026

By:  /s/Frances  Palenzuela

Name:  Frances  Palenzuela

Title:  Credit Counselor