United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Winsome A Buckley

    Debtor

Case No. 22-12561-pmm

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: admin           Page 1 of 2

Date Rcvd: May 29, 2026         Form ID: 138OBJ         Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Winsome A Buckley, 1901 Ferry Street, Easton, PA 18042-3966 |
| 14724886 | + | Bank of America, N.A, C/O Brian Craig Nicholas, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14731192 | + | Exeter Finance LLC, c/o William E. Craig, Esquire, 110 Marter Ave. Suite 301, Moorestown, NJ 08057-3124 |
| 14723664 | + | Xcel Federal Credit Union, 1460 Broad Street, Bloomfield, NJ 07003-3014 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 30 2026 00:39:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 30 2026 00:40:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14724822 | ^ | MEBN | May 30 2026 00:32:46 | Bank of America, N.A, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14723659 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 30 2026 00:39:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14739847 | | Email/Text: BKBCNMAIL@carringtonms.com | May 30 2026 00:39:00 | BANK OF AMERICA, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 15095478 | | Email/Text: BKBCNMAIL@carringtonms.com | May 30 2026 00:39:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Road,, Suites 110 & 200-A, Anaheim, CA 92806 |
| 14725224 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 30 2026 00:40:45 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14725478 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 30 2026 00:40:53 | Exeter Finance LLC, C/O Arvind Rawal, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14731332 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 30 2026 00:40:53 | Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14723660 | + | Email/Text: Bankruptcy@ICSystem.com | May 30 2026 00:39:00 | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14723875 | ^ | MEBN | May 30 2026 00:32:54 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14733583 | + | Email/Text: joey@rmscollect.com | May 30 2026 00:40:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 29, 2026 | Form ID: 138OBJ | Total Noticed: 19 |

| | | | |
|---|---|---|---|
| 14723661 | + Email/Text: joey@rmscollect.com | May 30 2026 00:40:00 | Receivable Management, Pob 17305, Richmond, VA 23226-7305 |
| 14723662 | ^ MEBN | May 30 2026 00:32:43 | Receivable Management, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14723663 | ^ MEBN | May 30 2026 00:32:42 | Trident Asset Manageme, 10375 Old Alabama Rd Ste, Alpharetta, GA 30022-1119 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor BANK OF AMERICA  N.A ekishbaugh@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor BANK OF AMERICA  N.A bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| PAUL H. YOUNG | on behalf of Debtor Winsome A Buckley support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 13] | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Exeter Finance LLC wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8

*Form 138OBJ* (6/24)−doc 146 − 138

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                  )
   Winsome A Buckley                        )                    Case No. 22−12561−pmm
                                             )
                                             )
   Debtor(s).                                )                    Chapter: 13
                                             )
                                             )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: May 29, 2026                                                   For The Court

                                                                    Mohung Wong
                                                                    Clerk of Court