United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 22-12561-pmm

Winsome A Buckley                                                                     Chapter 13

          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                              User: admin                                    Page 1 of 2

Date Rcvd: Jul 09, 2026                          Form ID: 195                                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2026:**

**Recip ID              Recipient Name and Address**
db               +  Winsome A Buckley, 1901 Ferry Street, Easton, PA 18042-3966

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2026                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2026 at the address(es) listed below:**

**Name**                    **Email Address**
JOHN ERIC KISHBAUGH, I
                            on behalf of Creditor BANK OF AMERICA  N.A ekishbaugh@kmllawgroup.com

MATTHEW K. FISSEL
                            on behalf of Creditor BANK OF AMERICA  N.A bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

PAUL H. YOUNG
                            on behalf of Debtor Winsome A Buckley support@ymalaw.com
                            ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
                            ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

ROLANDO RAMOS-CARDONA
                            on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
                            on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]

District/off: 0313-4                      User: admin                                    Page 2 of 2

Date Rcvd: Jul 09, 2026                   Form ID: 195                                    Total Noticed: 1

ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor Exeter Finance LLC wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                              : Chapter 13

Winsome A Buckley                                   : Case No. 22–12561–pmm

        Debtor(s)

### *ORDER*
_____

AND NOW, this day , July 9, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

152
Form 195