**Fill in this information to identify the case:**

Debtor 1        Winsome A  Buckley

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of PENNSYLVANIA

Case number    **22-12561**

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Bank of America, N.A.                **Court claim no**. (if known): 3-2

**Last 4 digits** of any number you use to identify the debtor's account:  0955

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒    No

☐    Yes.  Date of the last notice: ___/____/____

## Part 1:    Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late Charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses.  Specify:_____ | | (10) | $ _____ |
| 11. Other.  Specify: Property Services; Registration Fee | 01/28/2025 | (11) | $ 240.00 |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| | |
|---|---|
| Debtor 1   Winsome A Buckley | Case number (*if known*) **22-12561** |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/Tawakoni Hill
Signature

Date   04/30/2025

Print:   Tawakoni Hill

Title   Authorized Agent

Company   Liepold Harrison & Associates, PLLC

Address   370 W. Las Colinas Blvd., Suite 220
Irving, TX 75039

Contact phone   800-349-1254

Email: pcninquiries@lha-law.com

**UNITED STATES BANKRUPTCY COURT**
**Eastern DISTRICT OF PENNSYLVANIA**

*In Re:*                                              Case No. 22-12561

**Winsome A Buckley**

                                                             **Chapter 13**

                 **Debtor(s)**

## CERTIFICATE OF SERVICE

I hereby certify that on 04/30/2025, a true and correct copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served upon all interested parties pursuant to the Court's CM/ECF system and/or by First Class U.S. Mail.

                                                     By: /s/ Tawakoni Hill

                                                     Authorized Agent for Creditor
                                                     Liepold, Harrison, and Associates
                                                     370 W. Las Colinas Blvd., Suite 220
                                                     Irving, TX 75039

Debtor(s) through the Debtor(s)' Attorney of Record
Winsome A Buckley
1901 Ferry Street
Easton PA 18042

Debtor(s)' Counsel
Paul H. Young
3554 Hulmeville Rd. Ste 102
Bensalem, PA 19020

Trustee
Scott F. Waterman
2901 St. Lawrence Ave. Suite 100
Reading, PA 19606

U.S. Trustee
Office of the United States Trustee
900 Market Street Suite 320
Philadelphia, PA 19107

# ICE Invoicing — Invoice Detail

IP    Carrington Mortgage Services, LLC / Michele Vance

| Home | eMessages | Process | Reports | Search | Loan Level | Admin | Help | Logoff |

Loan#: [        ] Go

Approve | Resolve | Route | eMessages | P-Notes | Receipts | Print | Create eMessage | Curtailment Threshold    29 of 32 | << >>

| | | | |
|---|---|---|---|
| Vendor | Mortgage Contracting Services, LLC | Regarding: | Invoice Number: VPR015310878 |
| Address: | P.O. Box 737196 | WINSOME BUCKLEY | Invoice Status: Check Requested (Res) |
| | Dallas, TX 75373-7176 | 1901 FERRY ST | Loan No.: |
| Payee Code: | 62171 | EASTON, PA 18042 | Acquisition Date: |
| Vendor Contact: | Nicole Potts | | Loan Type: FHA |
| Vendor Ref #: | VPR015310878 | | Asset No.: |
| Servicer: | Carrington Mortgage Services, LLC | | REO Loan Status: N/A |
| Inv. ID / Cat. ID | 08807/00005 | Investor Loan #: | REO Loan Status Date: N/A |
| Investor Name: | BANA CORPORATE INV NEGMSR V | | Order Date: 1/28/2025 |
| Invoice ID: | 345935929 | | Completion Date: 1/28/2025 |
| Class Code: | | | Loan Location: |
| Entity Code: | 0 | | FHA# |
| GSE Code: | | | Submitted Date: 1/29/2025 |
| GSE REO Rem. Code: | | | Vendor Invoice Date: 1/28/2025 |
| HiType: | | | Paid In Full Date: N/A |
| Litigation Status Code: | | | Foreclosure Removal Date: N/A |
| | | | MS Status: N/A |
| Man Code: | | | Relief Requested Date: N/A |
| | | | Protection Begin Date: N/A |
| | | | Protection End Date: N/A |

**Original Mortgage Amount:** $0.00
**Principal Balance as of invoice create date:** $133,639.83
**Principal Balance as of today's date:** $132,200.78

## Property Pres. - Property Preservation Services

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 01/29/2025 | 02/04/2025 | 03/28/2025 | | 02/05/2025 | 02/05/2025 | | 8 |

| Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation |

| Costs | Total: | $240.00 | Invoicing Prev. Billed: | $820.00 | Exc. Loan Allow: | | Exc Ord Allw: | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Exc. Loan Total Fees/Costs Allow: | | | |
| Totals | Inv Amt: | $240.00 | Prev. Billed: | $820.00 | Loan Total Fees/Costs Prev.Billed: | $820.00 | Exc Ord Allw: | |

### Costs

| A | B | I | C | Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | C | Property Services | Foreclosure Property Registration Fee | | | 01/28/25 | 1 | $200.00 | $200.00 | $0.00 | $200.00 |
| | | | | Note: Default Renewal Property Registration City/County Fee - Recoverable - Renewal;RegType:Renewal;MatrixID:2617;RegID:3101691;Ordinance:Wilson Borough Foreclosed and Abandoned Property Registration | | | | | | | | | |
| A | | | C | Property Services | Foreclosure Property Registration Fee | | | 01/28/25 | 1 | $40.00 | $40.00 | $0.00 | $40.00 |
| | | | | Note: Default Renewal Property Registration Fee - Renewal;RegType:Renewal;MatrixID:2617;RegID:3101691;Ordinance:Wilson Borough Foreclosed and Abandoned Property Registration | | | | | | | | | |
| | | | | | | | | **Total:** | | | $240.00 | $0.00 | $240.00 |
| | | | | | | | | **Invoice Total:** | | | $240.00 | $0.00 | $240.00 |