**Fill in this information to identify the case:**

Debtor 1 : Winsome A Buckley

Debtor 2 :
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern

District of: Pennsylvania

Case number: 22-12561-pmm

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges

12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of Creditor:** Bank Of America, N.A.

**Court Claim No. (if known):** 3

**Last 4 digits** of any number you use to identify the debtor's account: 0955

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[ X ] No

[ ] Yes. Date of the last notice: _____

| Part 1: | Itemize Postpetition Fees, Expense, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) $ | |
| 2. | Non-sufficient funds (NSF) fees | | (2) $ | |
| 3. | Attorney fees | 9/24/2025($50.00), 11/14/2025($50.00) | (3) $ | 100.00 |
| 4. | Filing fees and court costs | | (4) $ | |
| 5. | Bankruptcy/Proof of claim fees | | (5) $ | |
| 6. | Appraisal/Broker's price opinion fees | | (6) $ | |
| 7. | Property inspection fees | | (7) $ | |
| 8. | Tax advances (non-escrow) | | (8) $ | |
| 9. | Insurance advances (non-escrow) | | (9) $ | |
| 10. | Property preservation expenses.  Specify: _____ | | (10) $ | |
| 11. | Other.  Specify. | | (11) $ | |
| 12. | Other.  Specify.  Property Services | 1/29/2026($200.00), 1/29/2026($40.00) | (12) $ | 240.00 |
| 13. | Other.  Specify. | | (13) $ | |
| 14. | Other.  Specify. | | (14) $ | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Winsome A Buckley _____    Case Number (if known) _____ 22-12561-pmm _____

| Part 2: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

[  ] I am the creditor.

[ X ] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

*x* /s/ Mariana Ross _____
Signature

Date: __ 03/23/2026 _____
MM/ DD / YYYY

Print: Mariana Ross _____
First Name        Middle Name                Last Name

Title: Authorized Agent _____

Company: Liepold, Harrison & Associates, PLLC _____

Address: 370 W. Las Colinas Blvd., Suite 220 _____
Number        Street

Irving                TX                        75039 _____
City        State                ZIP Code

Contact Phone: 800-349-1254 _____

Email: PCNInquiries@lha-law.com _____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

*In Re:*                                                                    **Case No.** 22-12561-pmm

  Winsome A Buckley

**Debtor(s)**                                                              **Chapter 13**

**CERTIFICATE OF SERVICE**

I hereby certify that on  03/23/2026    , a true and correct copy of the foregoing was served upon all interested parties to the Court's CM/ECF system and/or First Class U.S. Mail.

/s/ Mariana Ross
Mariana Ross
Liepold, Harrison & Associates, PLLC
370 W. Las Colinas Blvd., Suite 220
Irving, TX 75039

### *Debtor*

Winsome A Buckley
1901 Ferry Street
Easton, PA 18042

### *Debtor's Counsel*

PAUL H. YOUNG
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Rd.
Ste 102
Bensalem, PA 19020

### *Trustee*

SCOTT F. WATERMAN [Chapter 13]          *Represented By*
Chapter 13 Trustee                                      ROLANDO RAMOS-CARDONA
2901 St. Lawrence Ave.                             Office of Scott F. Waterman, Trustee
Suite 100                                                   2901 St. Lawrence Avenue
Reading, PA 19606                                    Suite 100
                                                                Reading, PA 19606-4010

### *U.S. Trustee*

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107



# ICE Invoicing Invoice Detail

IP     ADMIN     Carrington Mortgage Services, LLC / Tawakoni Hill

| Home | eMessages | Process | Reports | Search | Loan Level | Admin | Help | Logoff |

Loan#: [ ]     Go

User has Read-Only access to this invoice

Approve | Resolve | Route | eMessages | P-Notes | Receipts | Print | Create eMessage | Curtailment Threshold     38 of 45 | << >>

| | | |
|---|---|---|
| Vendor | KML LAW GROUP, P.C. | |
| Address: | 701 Market Street | |
| | Mellon Independence Center, Suite 5000 | |
| | Philadelphia, PA 19106-1532 | |
| Payee Code: | 1021 | |
| Vendor Contact: | Rosanna Macht | |
| Vendor Ref #: | 224727BK | |
| Servicer: | Carrington Mortgage Services, LLC | |
| Inv. ID / Cat. ID | 08807/00005 | |
| Investor Name: | BANA CORPORATE INV NEGMSR V | |
| Invoice ID: | 356542012 | |
| Class Code: | | |
| Entity Code: | 0 | |
| GSE Code: | | |
| GSE REO Rem. Code: | | |
| HiType: | | |
| Litigation Status Code: | | |
| Man Code: | | |

**Regarding:**
WINSOME BUCKLEY
1901 FERRY ST
EASTON, PA 18042

**Investor Loan #:** ▓▓▓

| | |
|---|---|
| Invoice Number: | **30662742** |
| Invoice Status: | Check Confirmed (Res) |
| Loan No.: | ▓▓▓ |
| Acquisition Date: | |
| Loan Type: | FHA |
| Asset No.: | |
| REO Loan Status: | N/A |
| REO Loan Status Date: | N/A |
| **Referral Date:** | 5/10/2023 |
| Loan Location: | |
| **FHA#** | ▓▓▓ |
| **BK Case No:** | 22-12561 PMM |
| **BK Chapter:** | 13 |
| Submitted Date: | **10/11/2025** |
| Vendor Invoice Date: | 10/9/2025 |
| Paid In Full Date: | N/A |
| Foreclosure Removal Date: | N/A |
| MS Status: | N/A |
| Relief Requested Date: | N/A |
| Protection Begin Date: | N/A |
| Protection End Date: | N/A |

**Original Mortgage Amount:  $0.00**
**Principal Balance as of invoice create date:  $128,278.88**
**Principal Balance as of today's date:  $126,270.96**

## Bankruptcy - Bankruptcy Services

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 10/11/2025 | 10/16/2025 | 03/18/2026 | | 10/27/2025 | 10/27/2025 | 10/30/2025 | 17 |

| Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Fees** | Total: | $50.00 | Invoicing Prev. Billed: | $2,250.00 | Exc. Loan Allow: | | Exc. Milestone | Exc Ord Allw: |
| **Costs** | Total: | $0.00 | Invoicing Prev. Billed: | $194.64 | Exc. Loan Allow: | | | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | | | |
| **Totals** | **Inv Amt:** | **$50.00** | **Prev. Billed:** | **$2,444.64** | **Loan Total Fees/Costs Prev.Billed:** | **$6,062.43** | | **Exc Ord Allw:** |

### Fees

| A | B | I | C | Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 📋 | | C | Attorney Fees | Notice of Default | | N | 09/24/25 | 1 | $50.00 | $50.00 | $0.00 | $50.00 |

**Note:** Notice of Default/Recoverable
**Service From Date:** 10/08/2025     **Service To Date:** 10/08/2025

| | | | |
|---|---|---|---|
| **Total:** | **$50.00** | **$0.00** | **$50.00** |
| **Invoice Total:** | **$50.00** | **$0.00** | **$50.00** |



# ICE Invoicing Invoice Detail

IP   ADMIN   Carrington Mortgage Services, LLC / Tawakoni Hill

| Home | eMessages | Process | Reports | Search | Loan Level | Admin | Help | Logoff |

Loan#: [ ]   Go

User has Read-Only access to this invoice

Approve | Resolve | Route | eMessages | P-Notes | Receipts | Print | Create eMessage | Curtailment Threshold    39 of 45 | << >>

| | | |
|---|---|---|
| Vendor | KML LAW GROUP, P.C. | |
| Address: | 701 Market Street | |
| | Mellon Independence Center, Suite 5000 | |
| | Philadelphia, PA 19106-1532 | |
| Payee Code: | 1021 | |
| Vendor Contact: | Rosanna Macht | |
| Vendor Ref #: | 224727BK | |
| Servicer: | Carrington Mortgage Services, LLC | |
| Inv. ID / Cat. ID | 08807/00005 | |
| Investor Name: | BANA CORPORATE INV NEGMSR V | |
| Invoice ID: | 357994088 | |
| Class Code: | | |
| Entity Code: | 0 | |
| GSE Code: | | |
| GSE REO Rem. Code: | | |
| HiType: | | |
| Litigation Status Code: | | |
| Man Code: | | |

**Regarding:**
WINSOME BUCKLEY
1901 FERRY ST
EASTON, PA 18042

| | |
|---|---|
| Invoice Number: | **30664624** |
| Invoice Status: | Check Confirmed |
| Loan No.: | |
| Acquisition Date: | |
| Loan Type: | FHA |
| Asset No.: | |

**Investor Loan #:**

**P Notes**

Close

Loan Number: 

| Date | Region Code | User | Comment |
|---|---|---|---|
| 01/21/2026 | M680 | Britani Mahanke | CIT 948 RESPONSE MORTGAGOR RECOVERABLE FEES: $0.00 RECOVERABLE COSTS: $0.00 |

(1 Comment)

**Original Mortgage Amount:  $0.00**
**Principal Balance as of invoice create date:  $127,779.87**
**Principal Balance as of today's date:  $126,270.96**

**Bankruptcy - Bankrupt**

| Submitted | 1st Reviewed | Last Reviewed | Accepted |
|---|---|---|---|
| 11/18/2025 | 12/09/2025 | 03/18/2026 | |

| Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote |

| | | | | | |
|---|---|---|---|---|---|
| **Fees** | Total: | $50.00 | Invoicing Prev. Billed: | $2,300.00 | Exc. Loan Allow: |
| **Costs** | Total: | $0.00 | Invoicing Prev. Billed: | $194.64 | Exc. Loan Allow: |
| | | | Exc. Loan Total Fees/Costs Allow: | | |

Exc Ord Allw:

| **Totals** | **Inv Amt:** | **$50.00** | **Prev. Billed:** | **$2,494.64** | **Loan Total Fees/Costs Prev.Billed:** | **$6,112.43** | **Exc Ord Allw:** |

**Fees**

| A | B | I | C | Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | C | Attorney Fees | Letter Prep | | N | 11/14/25 | 1 | $50.00 | $50.00 | $0.00 | $50.00 |

**Note:** Fee - Loss Mit Fee to forward the letter (Recoverable)
**Service From Date:** 11/14/2025        **Service To Date:** 11/14/2025

| | Total: | $50.00 | $0.00 | $50.00 |
|---|---|---|---|---|
| | Invoice Total: | $50.00 | $0.00 | $50.00 |



# ICE Invoicing Invoice Detail

IP   ADMIN   Carrington Mortgage Services, LLC / Tawakoni Hill

| Home | eMessages | Process | Reports | Search | Loan Level | Admin | Help | Logoff |

Loan#: [ ]   Go

User has Read-Only access to this invoice

Approve | Resolve | Route | eMessages | P-Notes | Receipts | Print | Create eMessage | Curtailment Threshold

41 of 45 | << >>

| | | |
|---|---|---|
| Vendor | Mortgage Contracting Services, LLC | |
| Address: | P.O. Box 737196 | |
| | Dallas, TX 75373-7176 | |
| Payee Code: | 62171 | |
| Vendor Contact: | David Kroboth | |
| Vendor Ref #: | VPR015510445 | |
| Servicer: | Carrington Mortgage Services, LLC | |
| Inv. ID / Cat. ID | **08807/00005** | |
| Investor Name: | **BANA CORPORATE INV NEGMSR V** | |
| Invoice ID: | 360920547 | |
| Class Code: | | |
| Entity Code: | 0 | |
| GSE Code: | | |
| GSE REO Rem. Code: | | |
| HiType: | | |
| Litigation Status Code: | | |
| Man Code: | | |

**Regarding:**
WINSOME BUCKLEY
1901 FERRY ST
EASTON, PA 18042

**Investor Loan #:** ▮▮▮▮▮

| | |
|---|---|
| Invoice Number: | **VPR015510445** |
| Invoice Status: | Check Requested |
| Loan No.: | ▮▮▮▮▮ |
| Acquisition Date: | |
| Loan Type: | FHA |
| Asset No.: | |
| REO Loan Status: | N/A |
| REO Loan Status Date: | N/A |
| **Order Date:** | 1/29/2026 |
| **Completion Date:** | 1/29/2026 |
| Loan Location: | |
| **FHA#** | ▮▮▮▮▮ |
| Submitted Date: | **2/2/2026** |
| Vendor Invoice Date: | 1/30/2026 |
| Paid In Full Date: | N/A |
| Foreclosure Removal Date: | N/A |
| MS Status: | N/A |
| Relief Requested Date: | N/A |
| Protection Begin Date: | N/A |
| Protection End Date: | N/A |

**Original Mortgage Amount:  $0.00**
**Principal Balance as of invoice create date:  $127,278.89**
**Principal Balance as of today's date:  $126,270.96**

## Property Pres. - Property Preservation Services

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 02/02/2026 | 02/09/2026 | 03/18/2026 | | 02/09/2026 | 02/09/2026 | | 8 |

| Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation |

| | | | | | |
|---|---|---|---|---|---|
| **Costs** | Total: | $240.00 | Invoicing Prev. Billed: | $1,060.00 | Exc. Loan Allow: | Exc Ord Allw: |
| | | | Exc. Loan Total Fees/Costs Allow: | | |
| **Totals** | **Inv Amt:** | **$240.00** | **Prev. Billed:** | **$1,060.00** | **Loan Total Fees/Costs Prev.Billed:** | **$1,060.00** | **Exc Ord Allw:** |

### Costs

| A | B | I | C | Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | 📋 | C | Property Services | Foreclosure Property Registration Fee | | | 01/29/26 | 1 | $200.00 | $200.00 | $0.00 | $200.00 |

**Note:** Default Renewal Property Registration City/County Fee - Recoverable - Renewal;RegType:Renewal;MatrixID:2617;RegID:3597987;Ordinance:Wilson Borough Foreclosed and Abandoned Property Registration

| A | B | I | C | Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | 📋 | C | Property Services | Foreclosure Property Registration Fee | | | 01/29/26 | 1 | $40.00 | $40.00 | $0.00 | $40.00 |

**Note:** Default Renewal Property Registration Fee - Renewal;RegType:Renewal;MatrixID:2617;RegID:3597987;Ordinance:Wilson Borough Foreclosed and Abandoned Property Registration

| | | | |
|---|---|---|---|
| **Total:** | $240.00 | $0.00 | $240.00 |
| **Invoice Total:** | $240.00 | $0.00 | $240.00 |